Case 2:15-cv-05115-GRB   Document 20   Filed 07/05/16   Page 1 of 1 PageID #: 73

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

KBM WORLDWIDE, INC.,

            Plaintiff,

-against-

NETTALK.COM, INC., ANASTASIOS
KYRIAKIDES, STEVEN M. HEALY,
KENNETH HOSFELD, TELESTRATA,
LLC, and SAMER BISHAY,

           Defendants.
----------------------------------------------------------x

Case No. 15-5115 (ADS) (GRB)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-captioned action is hereby dismissed, with prejudice, and without an award of costs or fees to any party.

NADICH WURMAN LLP

By: _____
    Robert P. Johnson, Esq.
111 Great Neck Road, Suite 214
Great Neck, New York 11021
(516) 498-2900(tel.)
(516) 466-3555 (fax)
rjohnson@nwlaw.com (Email)

*Attorneys for Plaintiff*
*KBM Worldwide, Inc.*

CARMEL, MILAZZO & DiCHIARA, LLP

By: _____
    Christopher P. Milazzo, Esq.
261 Madison Avenue, 9th Floor
New York, New York 10016
(212) 658-0458 (tel.)
(646) 838-1314 (fax)
cmilazzo@cmdllp.com (Email)

*Attorneys for Defendants NetTalk.com, Inc.,*
*Anastasios Kyriakides, Steven M. Healy*
*And Kenneth Hosfeld*

SO ORDERED this ___ day of July, 2016

_____
Hon. Gary R. Brown, U.S.M.J.